**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**SALTWATER SOL HOSPITALITY,
LLC d/b/a BUCCANEER INN,**

    *Plaintiff*,

v.                                               **CASE NO. 4:19cv513-MW/MAF**

**WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,**

    *Defendant*.

_____/

**ORDER REQUIRING EXPEDITED REPLY**

On May 29, 2020, Defendant responded to Plaintiff's Motion to Dismiss Without Prejudice. ECF No. 56. In its motion, Plaintiff moves to dismiss this lawsuit without prejudice. ECF No. 51. On the other hand, Defendant seeks dismissal with prejudice, or in the alternative, dismissal without prejudice with certain conditions. ECF No. 56. Plaintiff shall reply explaining why dismissal without prejudice with conditions proposed by Defendant would be inequitable. Plaintiff shall file a reply **on or before June 3, 2020**.

    **SO ORDERED on June 1, 2020.**

                                                    **s/ MARK E. WALKER
Chief United States District Judge**