# United States District Court
CIVIL MINUTES - GENERAL

Time: <u>9:59 – 10:00 a.m.; 10:06 – 10:20 a.m.; 10:27 – 10:35 a.m.</u>   Case #: <u>4:19cv513-MW-MAF</u>

Date: <u>June 11, 2020</u>

SALTWATER SOL HOSPITALITY LLC v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY

DOCKET ENTRY:  TELEPHONIC MOTION HEARING held Re: [51] Motion to Dismiss Without Prejudice.  Court hears argument from both sides.  Ruling by Court: [51] Motion taken under advisement.  Parties may supplement the record by 6/16/20.  Order to follow.

PRESENT:    HONORABLE **MARK E. WALKER**, CHIEF U.S. DISTRICT JUDGE

<u>Victoria Milton McGee</u>           <u>Megan Hague</u>
Deputy Clerk                         Court Reporter

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):

Christopher Aguirre

ATTORNEY(S) APPEARING FOR DEFENDANT(S):

Richard Young, Wayne Taylor

Initials of the Clerk:  VMM